# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Christine Alisen Radtke,

    Plaintiff,

vs.

Miscellaneous Drivers and Helpers Union Local #638 Health, Welfare, Eye and Dental Fund,

    Defendant.

Court File No. 10-CV-4175 MJD/JJG

**ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and pursuant to the Stipulation of the parties, it is hereby ordered that this matter is dismissed with prejudice and without any award of costs or fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 7, 2012.

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court

272419.1